ORIGINAL

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA #1460
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 15 2011
at 12 o'clock and 01 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR 11-00697 |
| Plaintiff, | ) | INFORMATION |
| vs. | ) | [16 U.S.C. § 3, 36 C.F.R. § 1.5(f)] |
| RANDALL LEE KOHL, | ) | Cit. No. 1139476/H50 |
| Defendant. | ) | A&P DATE: July 20, 2011 |

**INFORMATION**

The United States Attorney charges that:

On or about March 5, 2011, within Hawaii Volcanoes National Park in the District of Hawaii, defendant RANDALL LEE KOHL committed the offense of entering a closed area, as described in greater detail in United States District Court Violation Notice #1139476/H50, a true and correct copy of which is attached hereto and incorporated herein by reference,

All in violation of Title 16, United States Code, Section 3 and 36 C.F.R. § 1.5(f).

DATED: Honolulu, Hawaii, July 14, 2011.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

By [signature] for
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

United States v. Randall Lee Kohl
Cr. No.
"Information"

CE# 11-0706

## United States District Court
## Violation Notice

CVB Location Code: H50

Violation Number: 1139476
Officer Name (Print): LUTZ
Officer No: 2853

1139476

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 03-05-11 10:14 HRS
Offense Charged ☒ CFR ☐ USC ☐ State Code: 36CFR 1.5(f)

Place of Offense: HALEMAUMAU CRATER

Offense Description: ENTERING A CLOSED AREA

DEFENDANT INFORMATION — Phone:

Last Name: KOHL
First Name: RANDALL
M.I.: LEE

Street Address:

City: State: Zip Code: Date of Birth (mm/dd/yyyy):

Drivers License No.: D.L. State: Social Security No.:

☒ Adult ☐ Juvenile Sex ☒ Male ☐ Female Hair: Eyes: Height: Weight:

VEHICLE DESCRIPTION — VIN:

Tag No.: HLJ-957
State: HI
Year: 11
Make/Model: TOYOTA CAMRY
Color: WHITE

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ 100.00 Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ 125.00 Total Collateral Due

YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
HILO COURTHOUSE
777 KILAUEA AVE
HILO HI 96720

Date (mm/dd/yyyy):

Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

---

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

**Case #11-0706**

I state that on March 05, 2011 while exercising my duties as a law enforcement officer within the boundaries of Hawaii Volcanoes National Park in the District of Hawaii,

After receiving a report of persons being observed in the closed area of Halemaumau crater I did enter the closed area and did find two white males well within this closed area. I then identified one of these persons as Randall Lee Kohl DOB Kohl told me that they had walked around the cable / fence barrier to access the closed area. I then escorted Kohl and the other male out of the closed area in my vehicle. Upon arrival at Kohl's rented vehicle I found that it was parked in the Jaggar Museum parking lot and was located facing and approximately 15 feet from a sign indicating that the area was hazardous and was closed

I then issued Kohl a violation notice for entering a closed area

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03-05-11 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________
Date (mm/dd/yyyy) U.S. Magistrate Judge

CVB Scan 4/29/2011 14 16 33